IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KOMI HOLLA GBEDJEHA, and ABLA AKPENE ESTHER AHLIJAH, | |
| Plaintiffs, | 8:23CV154 |
| vs. | |
| ALEJANDRO MAYORKAS, Secretary of the Department of Homeland Security; UR MENDOZA JADDOU, Director of the U.S Citizenship and Immigration Services, DHS; WILLIAM J. CONNOR, Field Office Director USCIS, District Office; and MERRICK GARLAND, United States Attorney General; | ORDER |
| Defendants. | |

IT IS ORDERED:

1. Pursuant to Fed. R. Civ. P. 25(d), the Defendants' motion for substitution, (Filing No. 13), is granted as follows:

    a.  Kristi Noem, Secretary of the Department of Homeland Security replaces Alejandro Mayorkas;

    b.  Kika Scott, Acting Director of the U.S. Citizenship and Immigration Services replaces Ur Mendoza Jaddou;

    c.  Jeffrey Beil, Omaha Field Office Director USCIS replaces William J. Connor;

    d.  Pamela Bondi, United States Attorney General replaces Merrick Garland;

    e.  The caption on all docket filings hereafter shall reflect this substitution of parties; and

    f.  The Clerk shall correct the court's docket accordingly.

2. The motion to substitute counsel is approved (Filing No. 14). Timothy R. Hook is withdrawn as counsel for the United States and shall no longer receive electronic notice in this case.

Dated this 9th day of April, 2025.

BY THE COURT:

s/ Ryan C. Carson

United States Magistrate Judge