IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KOMI HOLLA GBEDJEHA, and ABLA AKPENE ESTHER AHLIJAH,<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, Secretary of the Department of Homeland Security; PAMELA BONDI, United States Attorney General; KIKA SCOTT, Acting Director of the U.S. citizenship and Immigration Services replaces Ur Mendoza Jaddou; and JEFFREY BEIL, Omaha Field Office Director USCIS replaces William J. Connor;<br><br>Defendants. | **8:23CV154**<br><br><br>**ORDER** |

This matter is before the court on the Plaintiff's Motion for 90-day Continuance of the deadline set in Filing No. 7 to dismiss this case following the USCIS issuing a Notice of Intent to Deny. (Filing No. 16). Plaintiffs stated the intention to respond to the Notice of Intent to Deny on or before May 12, 2025, and are uncertain how long it will take for USCIS to issue a final decision. Defendants have not responded to the motion and the time for doing so has passed, the motion is deemed fully submitted and unopposed.

IT IS ORDERED:

1. Plaintiffs' motion for continuance is granted. (Filing No. 16). This case remains stayed.

2. On or before May 28, 2025, Plaintiffs shall file a notice on the docket certifying that a response has been submitted to USCIS regarding the Notice of Intent to Deny.

Failure to do so may result in the issuance of a show cause order to determine if Plaintiffs' claims should be dismissed for want of prosecution.

3. Within 21 days of the USCIS issuing a final decision, Plaintiffs shall dismiss this lawsuit, without prejudice, with each side to bear their own costs and fees. In the absence of a final decision, the parties shall file a joint status report in this case on or before August 18, 2025.

Dated this 21st day of May, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge