IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KOMI HOLLA GBEDJEHA, and ABLA AKPENE ESTHER AHLIJAH,<br><br>              Plaintiffs,<br><br>  vs.<br><br>KRISTI NOEM, Secretary of the Department of Homeland Security; KIKA SCOTT, Acting Director of the U.S. Citizenship and Immigration Services; JEFFREY BEIL, Omaha Field Office Director USCIS; and PAMELA BONDI, United States Attorney General,<br><br>              Defendants. | 8:23CV154<br><br>ORDER ON NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

      This case is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice. Filing 20. Plaintiffs seeks voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) as to Defendants, none of whom have filed an answer or a motion for summary judgment. Accordingly,

      IT IS ORDERED that Plaintiff's Notice of Voluntary Dismissal Without Prejudice, Filing 20, is accepted, and this case is dismissed without prejudice. The Clerk of Court shall administratively close the case.

      Dated this 8th day of July, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge